In the Matter of DAVID R. SCHNELL, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [930 NYS2d 171]— Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed Sept. 15, 2011.)

In the Matter of VINCENT S. TRACY, JR., for Reinstatement to the Practice of Law in the State of New York. [930 NYS2d 171]— Present—Centra, J.P., Lindley, Green and Martoche, JJ. (Filed July 11, 2011.)